**Dismissed and Opinion Filed June 28, 2013**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01673-CV**

**BANCO POPULAR NORTH AMERICA, Appellant**
**V.**
**TA OPERATING CORPORATION, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-05949**

## MEMORANDUM OPINION
Before Justices Moseley, Bridges, and Lang-Miers

The Court has before it appellant's May 30, 2013 motion to dismiss. The Court

**GRANTS** the motion and **DISMISSES** this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

121673F.P05                                                                    PER CURIAM



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BANCO POPULAR NORTH AMERICA, Appellant

No. 05-12-01673-CV     V.

TA OPERATING CORPORATION, Appellee

On Appeal from the 95th Judicial District Court, Dallas County, Texas
Trial Court Cause No. 11-05949.
Opinion delivered per curiam. Justices Moseley, Bridges and Lang-Miers sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.


Judgment entered June 28, 2013


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE